CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 0 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| TROY D. DREW, | ) | Civil Action No. 7:09-cv-00331 |
|---|---|---|
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Drew's pleading petition writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice pursuant; Drew's request to proceed in forma pauperis is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to Drew.

ENTER: This 10th day of August, 2009.

_____
United States District Judge